JOSEPH BULL *versus* CHARLES WILLCOX AND EBEN BEACH,
UNDER THE FIRM OF WILLCOX & BEACH,
AND JOSEPH SPENCER

JOURNAL ENTRIES (1824): *Journal 3:* (1) Rule for judgment *p. 512.
PAPERS IN FILE: (1) Declaration and plea; (2) relicta cognovit, promissory note; (3) writ of fi. fa. and return; (4) taxed bill of costs.
*1824–36 Calendar*, MS p. 61.  Recorded in *Book B*, MS pp. 454–55.